Decided September 13, 2016

| | | |
|---|---|---|
| Allied World Natl. Assur. Co. v Great Divide Ins. Co. | 1st Dept: 140 AD3d 103 | denied |
| Batten v City of New York | 2d Dept: 133 AD3d 803 | denied |
| Diana N., Matter of (Kim N.) | 1st Dept: 139 AD3d 573 | denied* |
| Hudson v Merrill Lynch & Co., Inc. | 1st Dept: 138 AD3d 511 | denied |
| Jasmine E.C., Matter of (Gabriel J.C.) | 1st Dept: 140 AD3d 440 | denied* |
| Johnson, Matter of, v Prichard | 4th Dept: 137 AD3d 1617 | denied* |
| Kenefick, Matter of, v Sticht | 4th Dept: 139 AD3d 1380 | denied |
| Khan, Matter of, v New York City Health & Hosps. Corp. | 2d Dept: 135 AD3d 940 | denied |
| Leo v New York Cent. Mut. Fire Ins. Co. | 4th Dept: 136 AD3d 1333 | denied |
| McMaster, Matter of, v Annucci | 3d Dept: 138 AD3d 1289 | denied |
| People v Glanowski | 4th Dept: 140 AD3d 1625 | denied* |
| People v Labarbera | 1st Dept: 140 AD3d 463 | denied* |
| People v Parker | 2d Dept: 140 AD3d 720 | denied* |
| People v Wells | 2d Dept: 138 AD3d 947 | denied |
| Prichard, Matter of, v Johnson | 4th Dept: 137 AD3d 1617 | denied* |
| Rick A.U., Matter of, v James K. | 4th Dept: 137 AD3d 1624 | denied |
| Rick A.U., Matter of, v Rebecca K. | 4th Dept: 137 AD3d 1624 | denied |
| State of New York, Matter of, v Cleophus H. | 2d Dept: 139 AD3d 868 | denied |
| Terranova, Matter of, v Lehr Constr. Co. | 3d Dept: 139 AD3d 1309 | granted |
| Troy SS., Matter of, v Judy UU. | 3d Dept: 140 AD3d 1348 | denied |
| Turi, Matter of, v Five L. Enters., Inc. | 3d Dept: 139 AD3d 1307 | denied |
| United Servs. Auto. Assn. v Iannuzzi | 1st Dept: 138 AD3d 638 | denied |
| Vista Food Exch., Inc. v BenefitMall | 1st Dept: 138 AD3d 535 | denied |
| Walczyk, Matter of, v Lewis Tree Serv., Inc. | 3d Dept: 134 AD3d 1364 | denied |
| Wittels v Sanford | 1st Dept: 137 AD3d 657 | denied |

* Motion for poor person relief dismissed as academic or denied.